---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____      Chapter __7__

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **National Apostille, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3570461** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14900 Magnolia Blvd., Unit 5613**<br>**Sherman Oaks, CA 91403**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.nationalapostille.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

Debtor    **National Apostille, Inc.**                                                    Case number *(if known)* _____

Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>5411</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **National Apostille, Inc.**

Name                                                    Case number (*if known*) _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **National Apostille, Inc.**                                    Case number (*if known*)

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  National Apostille, Inc.
        Name
                                                                Case number (*if known*)

▌  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.**
**of authorized**
**representative of debtor**       I have been authorized to file this petition on behalf of the debtor.

                                   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                   I declare under penalty of perjury that the foregoing is true and correct.

                                   Executed on   **April 20, 2023**
                                                 MM / DD / YYYY

                            X _____          **Mathew Johnston**
                              Signature of authorized representative of debtor   Printed name

                              Title   **Chief Executive Officer**


**18. Signature of attorney**    X _____          Date **April 20, 2023**
                                  Signature of attorney for debtor                MM / DD / YYYY

                                  **James R. Selth 123420**
                                  Printed name

                                  **Weintraub Zolkin Talerico & Selth LLP**
                                  Firm name

                                  **11766 Wilshire Boulevard**
                                  **Suite 450**
                                  **Los Angeles, CA 90025**
                                  Number, Street, City, State & ZIP Code

                                  Contact phone   **(310) 207-1494**      Email address   **jselth@wztslaw.com**

                                  **123420 CA**
                                  Bar number and State

## CERTIFICATE OF RESOLUTIONS OF NATIONAL APOSTILLE, INC.

The undersigned, being an authorized officer of National Apostille, Inc., a California corporation, does hereby certify that the following resolutions were adopted by unanimous consent of the members:

RESOLVED that Mathew Johnston is authorized to execute and cause to be filed a petition under Chapter 7 of the United States Bankruptcy Code on behalf of National Apostille, Inc.

RESOLVED that the filing of a Chapter 7 case on behalf of National Apostille, Inc. is in the best interests of the corporation, and its shareholders and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Mathew Johnston is the party designated to act on behalf of the company in all matters pertaining to the Chapter 7 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: April 20, 2023

By:  Mathew Johnston, Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name __**National Apostille, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**April 20, 2023**__      X _____
Signature of individual signing on behalf of debtor

**Mathew Johnston**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, California**                  , California.

Date:        **April 20, 2023**

_CEO_

Mathew Johnston
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **National Apostille, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $ _____ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $ _____ 0.00

---

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 2,469.32

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 629,604.80

4.  **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b   $ _____ 632,074.12

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **National Apostille, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    Current value of debtor's interest

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

| Debtor | **National Apostille, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td colspan="3"><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Two cabinets and two chairs** | $0.00 | | $0.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td colspan="2"><strong>Part 8:</strong></td><td><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 9:</strong></td><td><strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 10:</strong></td><td><strong>Intangibles and intellectual property</strong></td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| Debtor | **National Apostille, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**61.    Internet domain names and websites**

| Website | | $0.00 | | Unknown |
|---|---|---|---|---|

**62.    Licenses, franchises, and royalties**

**63.    Customer lists, mailing lists, or other compilations**

**64.    Other intangibles, or intellectual property**

**65.    Goodwill**

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **National Apostille, Inc.**                                    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **National Apostille, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Employment Development Dept** | | | |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA
94280-0001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/2020, 12/2020, 10/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of Debtor**                                  $2,469.32        $0.00

**Describe the lien**
**Tax lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,469.32

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **National Apostille, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☑ No. Go to Part 2.

     ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

   3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br>**American Express**<br>P.O. Box 297871<br>**Fort Lauderdale, FL 33329-7812**<br><br>Date(s) debt was incurred  **Last used 2/2023**<br><br>Last 4 digits of account number  **1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business credit card**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$114.40** |
| **3.2**   Nonpriority creditor's name and mailing address<br>**Answer First Communications**<br>1602 N. 21st St.<br>**Tampa, FL 33605**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$747.00** |
| **3.3**   Nonpriority creditor's name and mailing address<br>**Associated Credit Services**<br>P.O. Box 1201<br>**Tewksbury, MA 01876**<br><br>Date(s) debt was incurred  **2022**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Collection agency for Readyfresh**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$249.99** |
| **3.4**   Nonpriority creditor's name and mailing address<br>**AT&T**<br>One AT&T Way<br>**Bedminster, NJ 07921**<br><br>Date(s) debt was incurred  **2023**<br><br>Last 4 digits of account number  **4611** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business internet services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$922.00** |

| Debtor | **National Apostille, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,184.00** |
|---|---|---|---|
| | **Bank Of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Overdraft** | |
| | Last 4 digits of account number  **5470** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,918.56** |
|---|---|---|---|
| | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Last used** | Basis for the claim:  **Business credit card** | |
| | Last 4 digits of account number  **6111** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,298.31** |
|---|---|---|---|
| | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Last used** | Basis for the claim:  **Business credit card** | |
| | Last 4 digits of account number  **2393** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Creative International Investment**<br>**250 E. Olive Ave., Suite 202A**<br>**Burbank, CA 91502** | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2021-2023** | Basis for the claim:  **Unpaid rent for office lease** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Eleonora Rachtman**<br>**3534 Caminito Carmel Landing**<br>**San Diego, CA 92130-2501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Small claims case** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358,827.30** |
|---|---|---|---|
| | **FedEx Corporate Services, Inc.**<br>**942 S. Shady Grove Rd.**<br>**Memphis, TN 38120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Shipping services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,690.35** |
|---|---|---|---|
| | **Google, Inc.**<br>**1600 Amphitheatre Pkwy.**<br>**Mountain View, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2022** | Basis for the claim:  **Advertising services** | |
| | Last 4 digits of account number  **3317** | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | National Apostille, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Intuit Financing Inc.**
**Quickbook Loan Customer Service**
**P.O. Box 84210**
**Sioux Falls, SD 57118**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bookeeping and payroll services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank, N.A.**
**P.O. Box 182051**
**Columbus, OH 43218-2051**

Date(s) debt was incurred  __

Last 4 digits of account number  **2576**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdraft**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**New Jersey Department of State**
**P.O. Box 300**
**Trenton, NJ 08625**

Date(s) debt was incurred  __

Last 4 digits of account number  **6706**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Paycycle**
**6884 Sierra Center Parkway**
**Reno, NV 89511**

Date(s) debt was incurred  __

Last 4 digits of account number  **9769**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,106.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Roca Authentications, LLC**
**5411-F Backlick Rd.**
**Springfield, VA 22151**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,633.33**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Russell O. Lenoir**
**3530 Fairway View**
**Longview, WA 98632**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Small claims judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$490.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Simkin & Associates, Inc.**
**1925 Century Park East, Suite 800**
**Los Angeles, CA 90067**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid attorneys' fees**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **National Apostille, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,940.00** |
|---|---|---|---|

**State Farm**
P.O. Box 68001
**Dallas, TX 75368**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  6131

Basis for the claim:  Premiums

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,300.00** |
|---|---|---|---|

**Stripe Corporate**
**354 Oyster Point Blvd.**
**South San Francisco, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  Corporate card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,591.00** |
|---|---|---|---|

**Stripe Corporate**
**354 Oyster Point Blvd.**
**South San Francisco, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  Merchant account

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,038.94** |
|---|---|---|---|

**The Regus Group**
**15305 N. Dallas Parkway, Suite 400**
**Addison, TX 75001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2022

Last 4 digits of account number _____

Basis for the claim:  Virtual office rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,673.62** |
|---|---|---|---|

**Union Bank**
P.O. Box 60368
**Phoenix, AZ 85082-0368**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  9799

Basis for the claim:  Overdrawn account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**United Parcel Service**
P.O. Box 894820
**Los Angeles, CA 90189-4820**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  Delivery services; no sums believed due

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**United States Department of State**
**2201 C St. NW**
**Washington, DC 20520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  Fees

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **National Apostille, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gary A. Bemis**<br>**6101 Ball Rd., Suite 207A**<br>**Cypress, CA 90630** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Holly A. Currier**<br>**510 King St.**<br>**Alexandria, VA 22313** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Long K. Bui**<br>**2355 Westwood Blvd., Suite 327**<br>**Los Angeles, CA 90064-2109** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Pioneer Credit Recovery**<br>**P.O. Box 308**<br>**Perry, NY 14530** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Transworld Systems Inc**<br>**500 Virginia Dr., Suite 514**<br>**Fort Washington, PA 19034** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United Parcel Service**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 629,604.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 629,604.80 |

**Fill in this information to identify the case:**

Debtor name      **National Apostille, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**National Apostille, Inc.**__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mathew Johnston** | **14900 Magnolia Blvd., #5613 Sherman Oaks, CA 91403-1330** | **Capital One** | ☐ D _____ <br>■ E/F __3.6__ <br>☐ G _____ |
| 2.2 | **Mathew Johnston** | **14900 Magnolia Blvd., #5613 Sherman Oaks, CA 91403-1330** | **American Express** | ☐ D _____ <br>■ E/F __3.1__ <br>☐ G _____ |
| 2.3 | **Mathew Johnston** | **14900 Magnolia Blvd., #5613 Sherman Oaks, CA 91403-1330** | **Chase** | ☐ D _____ <br>■ E/F __3.7__ <br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **National Apostille, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,115,481.76** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,248,064.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **National Apostille, Inc.** | Case number (if known) | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | **4/20/2022-9/1<br>5/2022** | **$116,501.00** | **Multiple payments on credit card guaranteed by Debtor's principal; payment of ongoing charges for corporate transactions** |
| 4.2. | **American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329-7812** | **4/26/2022-9/1<br>6/2022** | **$94,222.73** | **Multiple payments on credit card guaranteed by Debtor's principal; payment of ongoing charges for corporate transactions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **FedEx Corporate Services, Inc. v. National Apostille, Inc.**<br>**22BBCV00042** | **Collection case** | **Los Angeles County Superior Court**<br>**300 E. Olive Ave.**<br>**Burbank, CA 91502** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Roca Authentications, LLC v. National Apostille, Inc.**<br>**2020-CA-002617-C** | **Collection case** | **Superior Court of District of Columbia**<br>**500 Indiana Ave. NW**<br>**Washington, DC 20001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **United Parcel Service, Inc. v. National Apostille, Inc.**<br>**20BBCV00734** | **Collection case** | **Los Angeles County Superior Court**<br>**300 E. Olive Ave.**<br>**Burbank, CA 91502** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **National Apostille, Inc.**                                Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Russell O. Lenoir v. National Apostille, Inc.** 22PDSC01544 | **Small claims case** | **Los Angeles County Superior Court 300 E. Walnut St. Pasadena, CA 91101** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. **Eleonora Rachtman v. National Apostille, Inc.** 23PDSC00199 | **Small claims case** | **Los Angeles County Superior Court 300 E. Walnut St. Pasadena, CA 91101** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **National Apostille, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 450**<br>**Los Angeles, CA 90025** | | **9/24/2022** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Weintraub Zolkin Talerico & Selth**<br>**11766 Wilshire Blvd., Suite 450**<br>**Los Angeles, CA 90025** | | **4/12/2023** | **$2,162.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Mathew Johnston** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **250 E. Olive Ave., Suite 201**<br>**Burbank, CA 91502** | **2/2020-10/2022** |
| 14.2. | **1050 Connecticut Ave., NW, Suite 500**<br>**Washington, DC 20036** | **11/2017-8/2022 (Virtual office)** |

Debtor    **National Apostille, Inc.**                                    Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.3. | **201 Mission St., 12th Fl.** **San Francisco, CA 94105** | **11/2017-8/2022 (Virtual office)** |
| 14.4. | **100 Park Ave., 16th Fl.** **New York, NY 10017** | **11/2017-8/2022 (Virtual office)** |
| 14.5. | **333 S.E. 2nd Ave., Suite 2000** **Miami, FL 33131** | **11/2017-8/2022 (Virtual office)** |
| 14.6. | **401 N. Michigan Ave., Suite 1200** **Chicago, IL 60611** | **11/2017-8/2022 (Virtual office)** |
| 14.7. | **999 18th St., Suite 3000** **Denver, CO 80202** | **11/2017-8/2022 (Virtual office)** |
| 14.8. | **325 N. St. Paul St., Suite 3100** **Dallas, TX 75201** | **11/2017-8/2022 (Virtual office)** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **National Apostille, Inc.**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Union Bank** **15255 Ventura Blvd.** **Sherman Oaks, CA 91403** | **XXXX-9799** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/4/2022 (overdrawn)** | **$0.00** |
| 18.2. | **Union Bank** **15255 Ventura Blvd.** **Sherman Oaks, CA 91403** | **XXXX-9724** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **12/31/2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Emma Johnston** **5431 Cedros Ave.** **Van Nuys, CA 91411** | **Mathew Johnston** | **Two cabinets and two chairs** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | **National Apostille, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Volkoff, Manyak, Wade & Co, LLP**<br>**16130 Ventura Blvd., Suite 480**<br>**Encino, CA 91436** | **2018-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Debtor | **National Apostille, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mathew Johnston | 14900 Magnolia Blvd., #5613 Sherman Oaks, CA 91403-1330 | Chief Executive Officer | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Mathew Johnston 14900 Magnolia Blvd., #5613 Sherman Oaks, CA 91403-1330 | Salary; $68,653.83 | 1/2022-9/2022 | |
| | Relationship to debtor CEO and 100% owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    National Apostille, Inc.                                                                Case number (if known)

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 20, 2023

Signature of individual signing on behalf of the debtor

**Mathew Johnston**
Printed name

Position or relationship to debtor    **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **National Apostille, Inc.**                          Case No. _____

                                      Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 4,662.00 |
| Prior to the filing of this statement I have received | $ | 4,662.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **$2,500 paid by Debtor, $2,162 paid by Mathew Johnston**

3.    The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Exemption planning (in individual cases), communications with Chapter 7 Trustee and United States Trustee**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtor (or officer of a corporate debtor) in any Rule 2004 Examinations, dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings or contested matters.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 20, 2023**
_Date_

                             **James R. Selth 123420**
                             _Signature of Attorney_
                             **Weintraub Zolkin Talerico & Selth LLP**
                             **11766 Wilshire Boulevard**
                             **Suite 450**
                             **Los Angeles, CA 90025**
                             **(310) 207-1494   Fax: (310) 442-0660**
                             **jselth@wztslaw.com**
                             _Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**James R. Selth 123420**
**11766 Wilshire Boulevard**
**Suite 450**
**Los Angeles, CA 90025**
**(310) 207-1494 Fax: (310) 442-0660**
California State Bar Number: **123420 CA**
jselth@wztslaw.com

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **National Apostille, Inc.**

CASE NO.:
CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **April 20, 2023**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **April 20, 2023**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

National Apostille, Inc.
14900 Magnolia Blvd., Unit 5613
Sherman Oaks, CA 91403


James R. Selth
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Boulevard
Suite 450
Los Angeles, CA 90025


American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7812


Answer First Communications
1602 N. 21st St.
Tampa, FL 33605


Associated Credit Services
P.O. Box 1201
Tewksbury, MA 01876


AT&T
One AT&T Way
Bedminster, NJ 07921


Bank Of America
P.O. Box 25118
Tampa, FL 33622


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Creative International Investment
250 E. Olive Ave., Suite 202A
Burbank, CA 91502


Eleonora Rachtman
3534 Caminito Carmel Landing
San Diego, CA 92130-2501


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


FedEx Corporate Services, Inc.
942 S. Shady Grove Rd.
Memphis, TN 38120


Gary A. Bemis
6101 Ball Rd., Suite 207A
Cypress, CA 90630


Google, Inc.
1600 Amphiitheatre Pkwy.
Mountain View, CA 94043


Holly A. Currier
510 King St.
Alexandria, VA 22313

Intuit Financing Inc.
Quickbook Loan Customer Service
P.O. Box 84210
Sioux Falls, SD 57118


JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218-2051


Long K. Bui
2355 Westwood Blvd., Suite 327
Los Angeles, CA 90064-2109


Mathew Johnston
14900 Magnolia Blvd., #5613
Sherman Oaks, CA 91403-1330


New Jersey Department of State
P.O. Box 300
Trenton, NJ 08625


Paycycle
6884 Sierra Center Parkway
Reno, NV 89511


Pioneer Credit Recovery
P.O. Box 308
Perry, NY 14530


Roca Authentications, LLC
5411-F Backlick Rd.
Springfield, VA 22151

Russell O. Lenoir
3530 Fairway View
Longview, WA 98632


Simkin & Associates, Inc.
1925 Century Park East, Suite 800
Los Angeles, CA 90067


State Farm
P.O. Box 68001
Dallas, TX 75368


Stripe Corporate
354 Oyster Point Blvd.
South San Francisco, CA 94080


The Regus Group
15305 N. Dallas Parkway, Suite 400
Addison, TX 75001


Transworld Systems Inc
500 Virginia Dr., Suite 514
Fort Washington, PA 19034


Union Bank
P.O. Box 60368
Phoenix, AZ 85082-0368


United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820

United Parcel Service
55 Glenlake Parkway NE
Atlanta, GA 30328

United States Department of State
2201 C St. NW
Washington, DC 20520

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James R. Selth - Bar #123420**<br>**WEINTRAUB ZOLKIN TALERICO & SELTH, LLP**<br>**11766 Wilshire Boulevard, Suite 450**<br>**Los Angeles, CA 90025**<br>**Ph:(310) 207-1494**<br>**Fax: (310) 442-0660**<br>**E-mail: jselth@wztslaw.com** | |
| ☑ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>　　　**National Apostille, Inc.**<br>　　　　　　　　　　　　　Debtor(s),<br><br>　　　　　　　　　　　　　Plaintiff(s),<br><br><br><br><br>　　　　　　　　　　　　　Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:　**7**<br><br>### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,　__Mathew Johnston_____ , the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

- [x] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.  [ ]  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

  b.  [x]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| <u>April 20, 2023</u> | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **Mathew Johnston, Chief Executive Officer** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              **F 1007-4.CORP.OWNERSHIP.STMT**